IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | C.A. No. 1:19-cv-03613 |
| v. ) | Judge: Hon. Steven C. Seeger |
| ) | |
| ESSENTRA COMPONENTS INC., ) | |
| ) | |
| *Defendant*. ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

TO THIS COURT AND ATTORNEYS OF RECORD Plaintiff Symbology Innovations, LLC and Essentra Components Inc., by and through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismiss the Complaint filed by Plaintiff in the above captioned action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 28, 2019   Respectfully submitted,

/s/ Bradley C. Graveline
Bradley C. Graveline
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
70 West Madison Street 48th Floor
Chicago, IL 60602
(312) 449-6300
BGraveline@sheppardmullin.com

April Elise Weisbruch
*(Admitted pro hac vice)*

/s/ Isaac Rabicoff
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

Kirk. J. Anderson
*(Admitted pro hac vice)*
kanderson@budolaw.com

| | |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Ave. Nw Suite 100<br>Washington, DC 20006<br>(202) 747-3307<br>AWeisbruch@sheppardmullin.com<br><br>*Attorney(s) for Defendant Essentra Components Inc.* | BUDO LAW P.C.<br>5610 Ward Rd., Suite #300<br>Arvada, CO 80002<br>(720) 225-9440 (Phone)<br>(720) 225-9331 (Fax)<br><br>*Attorney(s) for Plaintiff Symbology Innovations, LLC.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                        /s/ Isaac Rabicoff
                                        Isaac Rabicoff